United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Sarah Farrow,      § | |
|     *Plaintiff,*   § | |
| § | |
| § | Civil Action 20-4326 |
| § | |
| § | |
| Paramount Recovery Systems,   § | |
|     *Defendant,*   § | |

## RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. __May 7, 2021__  NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. __June 11, 2021__  PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation.

 B. __July 9, 2021__  DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation.

3. __May 7, 2021__  AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. __October 29, 2021__  DISCOVERY shall be completed by this date.

5. __November 30, 2021__  MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. __April 29, 2022__  The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. __May/June 2022__  TRIAL TERM. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

   Jury/~~Non-Jury~~ ETT: __2 days__

**All documents filed must be 14 point font, double spaced with not less than one inch margins.**

SIGNED on __April 7, 2021__

*/s/ Peter Bray*
PETER BRAY
United States Magistrate Judge